# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| MICHAEL GROOVER, | : | Case No. 3:25-cv-00152 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| KETTERING TRANSPORTATION SERVICES, LLC, | : | |
| Defendant. | : | |

# ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge